

**MANDATE**

# Court of Appeals

# First District of Texas

NO. 01-14-00729-CR

LATOYA Y. TAYLOR, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the County Criminal Court at Law No. 6 of Harris County. (Tr. Ct. No. 1920181).

**TO THE COUNTY CRIMINAL COURT AT LAW NO. 6 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 258th day of June 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on April 24, 2015. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment. Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 25, 2015.

Panel consists of Chief Justice Radack and Justices Higley and Massengale. Opinion delivered by Chief Justice Radack.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

September 4, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

